UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3-CR-18-379 |
| v. | : | |
| | : | (Judge     ) |
| VINCENT JOHN INGINO, | : | |
| Defendant. | : | |

FILED
SCRANTON
NOV 13 2018
PER _____
DEPUTY CLERK

### INDICTMENT

THE GRAND JURY CHARGES:

#### Count 1

(Distribution and Possession with the
Intent to Distribute a Controlled Substance)

On or about August 10, 2018, within the Middle District of Pennsylvania, the defendant,

**VINCENT JOHN INGINO,**

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of acetyl fentanyl, a Schedule I Controlled Substance, a detectable amount of heroin, a Schedule I Controlled Substance, and a detectable amount of fentanyl, a Schedule II Controlled Substance, and serious bodily injury and death of a person

known to the grand jury as "P.P.", resulted from the use of the controlled substances distributed by the defendant.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## Count 2

(Distribution and Possession with the
Intent to Distribute a Controlled Substance)

On or about August 11, 2018, to on or about August 12, 2018, within the Middle District of Pennsylvania, the defendant,

**VINCENT JOHN INGINO,**

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a detectable amount of fentanyl, a Schedule II Controlled Substance, and serious bodily injury and death of a person known to the grand jury as "R.D.", resulted from the use of the controlled substances distributed by the defendant.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

DAVID J. FREED
UNITED STATES ATTORNEY

DATE: 11/13/2018

By: *Michelle Olshefski*
MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY

3