# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:18-379 |
| VINCENT JOHN INGINO | : | (JUDGE MANNION) |
| Defendant | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant Vincent John Ingino's motion to suppress, (Doc. 43), is **GRANTED IN PART** and **DENIED IN PART**.

**(2)** The government will be permitted to introduce only the photograph described in the accompanying memorandum, but will be prohibited from introducing the other three photographs.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 9, 2020**
18-379-02-ORDER