# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 3:18-379** |
| **VINCENT JOHN INGINO** | : | **(JUDGE MANNION)** |
| **Defendant** | : | |

# ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The government's motion *in limine* regarding intent to use Rule 404(b)-type evidence, (Doc. 55), is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted to the extent the government will be permitted to introduce evidence of Ingino's past drug dealing activity. The motion is denied to the to the extent that the government will not be permitted to introduce evidence of any drug dealing activity that occurred after the deaths of Patrick Pasquariello and Ryan Donahue.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 31, 2020**
18-379-03-ORDER